IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA : CASE NO. 3:12CR034

v. :

ROBERT HILL, ET AL., : ORDER UNSEALING INDICTMENT

- - - - - - - - - -

IT IS HEREBY ORDERED that the Indictment filed herein and ordered sealed by the order of this Court on March 13, 2012, be unsealed by the Clerk of Courts.

DATE: 3-19-12

THOMAS M. ROSE
Judge U.S. District Court