# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                         Case No. 3:12-CR-34(6)
                                               District Judge Thomas M. Rose

RICHARD BENTON,

        Defendant.

## ORDER FOR MENTAL HEALTH EVALUATION

      The above captioned case is before the Court for consideration of whether Defendant is competent to assist in his own defense. Defendant's behavior raises questions about his competence. Defendant's counsel, Vincent P. Popp, has moved to have the Defendant evaluated for competency (doc. 74).

      Accordingly, the Court finds there is good cause to believe Defendant is not competent, and therefore finds, pursuant to 18 U.S.C. § 4241(a), that there is reasonable cause to believe that the Defendant is presently suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings or to properly assist in his defense.

      Therefore, pursuant to 18 U.S.C. § 4247(b), Defendant is **ORDERED** committed to the custody of the Attorney General of the United States for a period not to exceed thirty (30) days for placement in a suitable facility to undergo an evaluation for determination of mental competency to stand trial pursuant to 18 U.S.C. § 4241(a). The mental health professional designated to conduct the examination shall file a prompt report with this Court pursuant to 18 U.S.C. § 4247(c).

      **DONE** and **ORDERED** in Dayton, Ohio, this 7th day of May, 2012.

                                                              THOMAS M. ROSE, JUDGE
                                                              UNITED STATES DISTRICT COURT