# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

    **Plaintiff,**

-vs-                                               Case No. 3:12-CR-34-07
                                                  Judge Thomas M. Rose

**JAMES CRASE,**

    **Defendant.**

---

## ENTRY AND ORDER DENYING MOTION TO MODIFY BOND CONDITIONS (DOC. 37)

---

This matter comes before the Court pursuant to Defendant's Motion to Modify Bond Conditions (doc. 37) filed March 20, 2012. Subsequent to Defendant's plea, Pretrial Services conducted a review of their previous report and recommendation. In said review, it was confirmed that the Defendant would be permitted to live at a friend's residence. Although it was reported that those living in the residence were not active drug users, it was concluded that based on interviews, said drug use had only ceased a short time ago, approximately two (2) months. The Defendant himself appears to have a significant, if not serious, drug dependancy problem and this Court has grave concerns about Defendant's sobriety if allowed to reside in said residence.

Based upon the information provided, in addition to the evidence presented in the original Detention Hearing, the Court finds by clear and convincing evidence that there is still no condition or combination of conditions that would reasonably assure the appearance of the Defendant or the safety of the community. Therefore, the Court **DENIES** Defendant's Motion to Modify Bond (doc. 37)

**DONE** and **ORDERED** in Dayton, Ohio, this 11th day of June, 2012.

_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT