UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                  Case No. 3:12-CR-34(2)
                                      District Judge Thomas M. Rose

D'ANDRE HILL,

    Defendant.

## ORDER

Government is directed to file any response(s) to Defendant's Motion to Dismiss Charges (doc. 86) and Motion for Separate Trials (doc. 90) by **June 29, 2012**.

**DONE** and **ORDERED** in Dayton, Ohio, this 14th day of June, 2012.

_____
THOMAS M. ROSE JUDGE
UNITED STATES DISTRICT COURT