# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

    Plaintiff,

-vs-             Case No. 3:12-CR-34(1)
                  District Judge Thomas M. Rose

**ROBERT HILL,**

    Defendant.

# ORDER

  Government is directed to file any response(s) to Defendant's pending motions with the exception of the Motion to Suppress (doc. 93) by **June 29, 2012**.

  **DONE** and **ORDERED** in Dayton, Ohio, this 19th day of June, 2012.

              **s/ Thomas M. Rose**

              THOMAS M. ROSE JUDGE
              UNITED STATES DISTRICT COURT