UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                        Case No. 3:12-CR-34-06
                                            District Judge Thomas M. Rose

RICHARD BENTON,

        Defendant.

## ORDER

      The Defendant was transported to the Metropolitan Correctional Center (MMC) in Chicago, Illinois, on May 29, 2012, to undergo a mental health evaluation. The Director of the facility has requested a fifteen (15) day extension of the evaluation period which began upon the Defendant's arrival at the institution.

      Counsel for the government, Brent Tabacchi, and Counsel for the Defendant, Vincent Popp, have stated to the Court that they would not have any objection to the extension of the evaluation period.

      Therefore, good cause has been shown, that additional time is necessary to observe and evaluate the Defendant. It is, therefore, ORDERED the evaluation period commencing upon the Defendant's arrival at the institution be extended an additional period of fifteen (15) days, in accordance with 18 U.S.C. §4247 (b).

      **DONE** and **ORDERED** in Dayton, Ohio, this 28th day of June, 2012.

                                                                     THOMAS M. ROSE
                                                                     UNITED STATES DISTRICT JUDGE