UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                Case No. 3:12-CR-34-04
                                                  District Judge Thomas M. Rose

ANTHONY CHOICE,

        Defendant.

## ORDER

The Defendant was transported to the Metropolitan Correctional Center (MMC) in Chicago, Illinois, on August 6, 2012, to undergo a mental health evaluation. The Director of the facility has requested a fifteen (15) day extension of the evaluation period which began upon the Defendant's arrival at the institution.

Counsel for the government, Brent Tabacchi, and Counsel for the Defendant, Nicholas Gounaris, have stated to the Court that they would not have any objection to the extension of the evaluation period.

Therefore, good cause has been shown, that additional time is necessary to observe and evaluate the Defendant. It is, therefore, ORDERED the evaluation period commencing upon the Defendant's arrival at the institution be extended an additional period of fifteen (15) days, in accordance with 18 U.S.C. §4247 (b).

**DONE** and **ORDERED** in Dayton, Ohio, this 23rd day of August, 2012.

                                                          THOMAS M. ROSE
                                                          UNITED STATES DISTRICT JUDGE