# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        **Plaintiff,**

-vs-        Case No. 3:12-CR-34-03

**COREY COLLINS,**

        **Defendant.**

# ORDER

This matter is before the Court on Defendant's second motion to continue (doc. 118) to which the Court granted by notation on August 22, 2012. The Court after numerous unsuccessful attempts to confirm with Defense Counsel an alternate date to reset the previously scheduled hearing, the Court now resets the above captioned matter for a Plea Hearing on **Wednesday, September 19, 2012 at 2:30 pm in Courtroom 1**. No further continuances or modifications will be granted.

**DONE** and **ORDERED** in Dayton, Ohio, this 6th day of September, 2012.

        s/Thomas M. Rose

        THOMAS M. ROSE, JUDGE
        UNITED STATES DISTRICT COURT