UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

                **Plaintiff,**

-vs-                                              Case No. 3:12-CR-34-04

ANTHONY CHOICE,

                **Defendant.**

---

### ORDER REGARDING MENTAL STATUS EVALUATION

---

This case is before the Court upon the October 12, 2012, report of Ron Nieberding, Ph.D. Clinical Psychologist, to whom Defendant was referred for an examination and evaluation pursuant to title 18 U.S.C. §4241 . Copies of the report were provided to Counsel.

At the competency hearing on November 9, 2012, Counsel for the Defendant and Government acknowledged receiving the report of Dr. Neiberding, and stipulated to the findings of that report which was marked as Exhibit 1. With no further evidence presented, the Court took the matter under advisement.

Therefore, based upon the stipulation of Counsel, and the opinion of Dr. Nieberding contained in the forensic report, filed under seal with this Court on October 30, 2012, the Court FINDS the Defendant, Anthony Choice, competent to stand trial.

**DONE and ORDERED** in Dayton, Ohio, this 9th day of November, 2012.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT