# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                            Case No. 3:12-CR-34-01

ROBERT HILL,

        Defendant.

## ORDER SETTING BRIEFING SCHEDULE ON THE DEFENDANT'S MOTION TO SUPPRESS

This matter was before the Court on Defendant's Motion to Suppress (doc. 93). A hearing was conducted on January 10, 2013 and at the conclusion of said hearing the Court ordered a briefing schedule. Without a transcript request, the Court would ORDER the following briefing schedule apply:

1. Memorandum in support of the motion to suppress due:     **January 31, 2013**

2. Response to the memorandum in support due:     **February 20, 2013**

3. Reply to the response to the memorandum in support:     **March 4, 2013**

Further, the Court would ORDER the Jury Trial in this matter be reset for **April 15, 2013 at 9:00 am** in Courtroom 2.

**DONE** and **ORDERED** in Dayton, Ohio, this 11th day of January, 2013.

                                                THOMAS M. ROSE
                                                UNITED STATES DISTRICT JUDGE